[Nos. 13245–8–I; 13269–5–I.   Division One.   July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LELAND
JAMES CURNAL, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82–1–03839–0, 74574, Richard M. Ishikawa, J., entered May 5, 1983. *Affirmed* by unpublished opinion

per Durham, C.J., concurred in by Andersen and Corbett, JJ.